# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LEON SPEIGHT SMOOTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL CASE NO. 17-0185-CG-MU |
| ) | CRIMINAL NO. 15-0146-CG-MU |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 24th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE