IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEON SPEIGHT SMOOTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL CASE NO. 17-0185-CG-MU |
| | ) | CRIMINAL NO. 15-0146-CG-MU |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his motion to vacate, set aside or correct his sentence (Doc. 39) is due to be, and hereby is, **DENIED**, with the government's motion to dismiss (Doc. 41) being **GRANTED**. Smoots is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 24th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE